149 A.3d 549

**CARTER**

v.

**HOUSING AUTHORITY OF BALTIMORE CITY**

**Pet. Docket No. 368, Sept.Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1565, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

149 A.3d 549

**CHOW**

v.

**BROWN**

**Pet. Docket No. 292, September Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 2275, Sept. Term, 2014).

Petition for writ of certiorari dismissed.